Form ntcinstl

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 20–01796
Chapter: 11
Judge: Timothy A. Barnes

In Re:
  Piotr Palider
  9650 S. Nottingham Ave.
  Chicago Ridge, IL 60415

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4642

Employer Tax ID / Other nos.:

## NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)*, the court orders that:

    The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: January 22, 2020                  Jeffrey P. Allsteadt , Clerk
                                                  United States Bankruptcy Court