UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PIOTR PALIDER<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-01796<br><br>Chapter:  11<br>Honorable Timothy Barnes |

**Order Extending Time for Filing Forms and Schedules**

This matter coming to be heard on the Debtor in Possession's Motion to Extend Time for Filing Forms and Schedules, it is hereby ordered that:

1. The Debtor in Possession is given an extension to file Forms and Schedules until February 25, 2020.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 11, 2020

**Prepared by:**

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667