UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Piotr Palider<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-01796<br><br>Chapter:  11<br>Honorable Timothy Barnes |

## ORDER MODIFYING STAY

IT IS HEREBY ORDERED THAT:

1. The automatic stay is modified so as to not restrain 6PC Justice Lake LLC from pursuing nonbankruptcy remedies with respect to the property located at 8141 W. 84th Place, Justice, IL; and

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  March 30, 2020

**Prepared by:**

J. Cory Faulkner
Ashen|Faulkner
217 N. Jefferson Street, Suite 601
Chicago, IL 60661
(312) 655-0800