UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:   20-01796
PIOTR PALIDER,                            )
                                          )
                                          )          Chapter:  11
                                          )
                                          )          Honorable Timothy Barnes
                                          )
              Debtor(s)                   )

**ORDER CONVERTING CASE UNDER CHAPTER 11
TO CASE UNDER CHAPTER 7**

This case comes before the Court on the United States Trustee's motion under 11 U.S.C. § 1112(b) to convert this Chapter 11 case to a case under Chapter 7 and to shorten notice.  After notice shortened to that given and a hearing, the Court orders as follows:

1.   This case is converted to Chapter 7;

2.   The Debtor shall,

    a.   On or before June 22, 2020, account for and turn over to the Chapter 7 Trustee all records and property of the estate in his custody or under his control including, but not limited to, all cashier's checks, money orders, cash and other forms of money, all as required by Fed. R. Bankr. P. 1019(4);

    b.   On or before June 22, 2020, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

    c.   On or before July 8, 2020, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

    d.   On or before June 22, 2020, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1107(b), if such documents have not already been filed.

3.   This matter is set for a status hearing on July 27, 2020 at 1:30 p.m.  At the hearing, the Court will determine whether the Debtor has complied with this order and, if not, consider any requests for further relief or sanctions against the Debtor as may be required to secure compliance with this order.

                                          Enter:

                                          Timothy A. Barnes
Dated:  June 08, 2020                     United States Bankruptcy Judge

**Prepared by:**

Stephen G. Wolfe
Office of the U.S. Trustee
219 S. Dearborn St., Rm. 873
Chicago, IL 60604
312-886-7480