**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| In re the Chapter 11 of | ) |
| | ) |
| Piotr Palider | )   Case No. 20-01796 |
| | ) |
| Debtor. | ) |

## NOTICE OF MOTION

    Take notice that on June 18, 2020 at 9:30 AM in Courtroom 744 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, IL 60604, before the Honorable Judge Barnes, I shall present the Debtor's Counsel's **Motion to Withdraw**.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance of a hearing.

/s/Ben Schneider
8424 Skokie Blvd, Suite 200
Skokie, IL 60077
Office: 847-933-0300
Fax: 847-676-2676
ARDC: 6295667

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| Piotr Palider ) | Case No. 20-01796 |
| ) | |
| Debtor. ) | |

## MOTION TO WITHDRAW

Now comes the Debtor's Counsel, SCHNEIDER & STONE, for their **Motion to Withdraw.** In support, they state as follows.

1. The Debtor engaged SCHNEIDER & STONE to represent him as general bankruptcy counsel in his individual Chapter 11 case.

2. Counsel for the Debtor is no longer able to effectively communicate with the Debtor about the resolution of the general bankruptcy case and seeks leave of court to withdraw from this matter.

3. SCHNEIDER & STONE has advised the Debtor on the status of the case.

WHEREFORE, Counsel for the Debtor, SCHNEIDER & STONE, requests that this Court order:

A. SCHNEIDER & STONE is granted leave to withdraw from representing the Debtor;

B. The Debtor is given 21 days to find new counsel;

C. Any other relief that it deems fair and equitable under the circumstances.

Respectfully Submitted
By
The Law Offices of Schneider & Stone

/s/Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667