UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| PIOTR PALIDER, | ) | CASE NO. 20-01796 |
| | ) | |
| DEBTOR. | ) | HON. TIMOTHY A. BARNES |

**NOTICE OF OBJECTION**

To:  See Attached Service List

     PLEASE TAKE NOTICE that the United States Trustee has an objection to and respectfully requests to be heard on the following motion:

     (i)    Notice of Motion and Motion to Withdraw as Attorney [*Doc. No. 49*].

scheduled for hearing on July 27, 2020 at 1:30 p.m. before the Honorable Timothy A. Barnes.

                                          PATRICK S. LAYNG
                                          U. S. TRUSTEE


                                          /s/ *Stephen G. Wolfe*
                                          Stephen G. Wolfe
                                          OFFICE OF THE U.S. TRUSTEE
                                          219 South Dearborn Street, Room 873
                                          Chicago, Illinois 60604
                                          (312) 886-7480

## CERTIFICATE OF SERVICE

I, Stephen G. Wolfe, an attorney, state that on July 23, 2020, pursuant to Local Rule 9013-1(D) the **NOTICE OF OBJECTION** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated on the service list below.

*/s/ Stephen G. Wolfe*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- Michael K Desmond     mkd.trustee@fslegal.com, IL23@ecfcbis.com
- Joseph C Faulkner     jcf@ashenlaw.com, bgipson@ashenlaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Carole G. Ruzich     carole@griffingallagher.com
- Ben L Schneider     ben@windycitylawgroup.com, mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
- Stephen G Wolfe     steve.g.wolfe@usdoj.gov

**Parties Served by First Class Mail**

Piotr Palider
9650 S. Nottingham Ave.
Chicago Ridge, IL 60415