UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-01796
PIOTR PALIDER, )
) Chapter: 7
) Honorable Timothy Barnes
) 1
Debtor(s) )

## ORDER GRANTING UNITED STATES TRUSTEE'S CERTIFIED MOTION FOR ORDER REQUIRING PIOTR PALIDER TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

This matter comes before the Court on the United States Trustee's Certified Motion for Order Requiring Piotr Palider to Show Cause Why He Should Not Be Held in Contempt (the "Motion") for violating this Court's order dated June 8, 2020 Converting Case Under Chapter 11 to Case Under Chapter 7 (the "Order") [Doc. 48]. The United States Trustee ("U.S. Trustee") now seeks to have Piotr Palider held in civil contempt. This matter has been duly noticed:

IT IS HEREBY ORDERED:

1. Piotr Palider shall appear before this Court on October 5, 2020, at 2:00 PM (the "Show Cause Hearing") via telephone and the court's directions relating thereto to show cause why he should not be held in contempt for violating the Order;

2. Failure of Piotr Palider to appear at the Show Cause Hearing may also result in issuance of a writ of body attachment for Piotr Palider; and

3. The U.S. Trustee shall serve a copy of this order upon Piotr Palider and file proof of service with the Clerk of Court.

IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 21, 2020

**Prepared by:**

Stephen G. Wolfe, Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-7480