UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20bk01796 |
| | ) | |
| Piotr Palider, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

NOTICE OF CONTINUED HEARING

On Monday, March 3, 2020, the United States Bankruptcy Court for the Northern District of Illinois began conducting all hearings virtually.  On October 26, 2020, a hearing was conducted via Zoom in the above-captioned case, where the following matter(s) was/were heard:

1. Court's Motion to Dismiss for Failure to Pay Filing Fees [Dkt. No. 32]; and
2. U.S. Trustee;s Certified Motion for Order Requiring Piotr Palider to Show Cause Why He Should Not Be Held in Contempt [Dkt. No. 70].

You were not present at the hearing.

The hearing has been continued to November 16, 2020 at 2:00 PM (the "Continued Hearing").  If you wish to be heard with respect to the foregoing matter(s), you must attend the Continued Hearing.  There are two methods of appearing: electronically or by telephone.  Either will work, though those appearing by telephone will require extra clearance before being allowed into the hearing (see below).  The following information applies to both methods:

- Meeting ID: 161 329 5276
- Passcode: 433658
- N.B. No user number or participation ID is required. Bypass that request if asked.

Based on the method of appearance, follow the instructions below applicable to it.

Procedure for those appearing electronically (by the Zoom app or by browser):

Join the hearing by either clicking on the following link Judge Barnes Ch. 7, 11, and 13 hearing (including other matters under other Chapters, as applicable) or by following the instructions to join a meeting within the Zoom app or browser using the meeting number and passcode above.

You do not need to be logged in to a Zoom account to join the meeting.  If you are not logged in to a Zoom account, prior to entry of the hearing you are required to enter your full name.  When entering your appearance name, either at this stage or when establishing a Zoom account, use

your full first and last name.  Example: John Doe is acceptable, but J. Doe is not.  No aliases, firm names, client names, use of other persons' accounts will be accepted.

<u>Procedure for those appearing telephonically:</u>

      Join the hearing by dialing one the two following numbers: 669-254-5252 or 646-828-7666.

      Those appearing by telephone will require extra clearance before being allowed into the hearing.

      The court will conduct the Continued Hearing whether or not you appear.  You should consider whether you have a need to appear and act accordingly.

Dated:  October 26, 2020