UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-01796 |
| | ) | |
| PIOTR PALIDER, | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER DIRECTING DEBTOR TO APPEAR AT CONTINUED MEETING OF CREDITORS, PROVIDE CERTAIN DOCUMENTS TO THE CHAPTER 7 TRUSTEE AND OTHER RELIEF**

This case having come before the Court for a continued hearing on the U.S. Trustee's Motion for Rule to Show Cause Requiring Piotr Palider to Show Cause Why He Should Not Be Held in Contempt, and after hearing representations by the Debtor, the Chapter 7 Trustee and the U.S. Trustee,

DEBTOR PIOTR PALIDER IS ORDERED to:

Appear by video at the continued Zoom Meeting of Creditors, on December 1, 2020 at 11:00 a.m., by following the instructions within the Zoom app or browser using the meeting code and password below:

Meeting ID: 642 055 3389
Passcode: 8yG9Lf

DEBTOR PIOTR PALIDER IS FURTHER ORDERED to provide the Chapter 7 Trustee, Michael Desmond, the following documents by November 30, 2020 at 12:00 PM:
1. Copies of his driver's license and his social security card;
2. Copies of his 2018 and 2019 Tax Returns;
3. Copies of his pay advices for the period August 7, 2020 through October 7, 2020;
4. Copies of all bank statements for all accounts over which he has signature authority, including but not limited to accounts at Bridgeview Bank, PNC Bank and First Midwest Bank for the period October 7, 2018 through October 7, 2020, and
5. A copy of the $100,000 cashier's check which he previously testified under oath that he had in his possession, and an accounting of any use of those funds.

This matter is continued to December 7, 2020 at 1:30 PM for a status hearing to determine whether Debtor Piotr Palider has complied with this order. The hearing shall be conducted via Zoom or Zoom for Government using the instructions set forth on the Court's website at:

https://www.ilnb.uscourts.gov/content/judge-timothy-barnes

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:   11.18.2020

Rev: 20170105_bko

**Prepared by:**

Stephen G. Wolfe
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
(312) 886-7480