Form G-14

UNITED STATES BANKRUPTCY COURT NORTHERN
DISTRICT OF ILLINOIS

Eastern Division

# CHANGE OF MAILING ADDRESS FOR DEBTOR(S)

Name of Debtor(s) listed on the bankruptcy case: **PIOTR PALIDER**

CASE NO.: **20-01796**

Chapter: _____

**F I L E D**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**DEC 22 2020**
**JEFFREY P. ALLSTEADT, CLERK**

1. This change of mailing address is requested by: [X] Debtor   [ ] Joint Debtor

2. **Old Address:**
   Name(s): **9650**
   Mailing Address: **NOTTINGHAM AVE**
   City, State, Zip Code: **CHICAGO RIDGE, ILLINOIS 60415**

3. **New Address:**
   Mailing Address: **9650 S. NOTTINGHAM AVE #2F**
   City, State, Zip Code: **CHICAGO RIDGE, ILLINOIS 60415**

4. [ ] Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Notice program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices).

Debtor's DeBN account number: _____

Joint Debtor's DeBN account number: _____

Date: **11-22-2020**   **PIOTR PALIDER**
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Northern District of Illinois. August 2015

8/2015bgb