# United States Bankruptcy Court
### Northern District of Illinois

In re **Piotr Palider**
Debtor(s)

Case No. **20-01796**
Chapter **7**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | First Merchants Bank<br>200 E Jackson St<br>Muncie, IN 47305 | Secured claims | Appx. 2 months of mortgage payments at $480 each |
| 2. | United States Trustee<br>219 S. Dearborn, Suite 873<br>Chicago, IL 60604 | Administrative claims | $650 |

## DECLARATION

I, the above named Debtor(s), declare under penalty of perjury that I have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of my information and belief.

Date **January 12, 2021**

Signature **/s/ Piotr Palider**
**Piotr Palider**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.