Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Piotr Palider
9650 S. Nottingham Ave.
#2F
Chicago Ridge, IL 60415
SSN: xxx−xx−4642 EIN: N.A.

Case No. : 20−01796
Chapter : 7
Judge : Timothy A. Barnes

---

Debtor's Attorney:
William J Factor
The Law Office of William J. Factor, Ltd
1363 Shermer Road
Suite 224
Northbrook, IL 60062

847−239−7248

Trustee:
Michael K Desmond
Figliulo & Silverman P C
10 S LaSalle Suite 3600
Chicago, IL 60603

312−251−5257

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *January 21, 2020* .

1. *May 6, 2021* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *May 6, 2021* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: February 3, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court