# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 7 |
| | ) | |
| Piotr Palider, | ) | Case No.: 20-01796 |
| Debtor. | ) | |
| | ) | Hon. Timothy A. Barnes |

**VERIFIED DECLARATION OF MICHAEL K. DESMOND**
**PURSUANT TO BANKRUPTCY RULE 2014(a)**

I, Michael K. Desmond, pursuant to 28 U.S.C. § 1746, hereby state under penalty of perjury as follows:

1. I am an attorney duly licensed and authorized to practice law in the State of Illinois. I am admitted to practice in the United States District Court for the Northern District of Illinois and the Seventh Circuit Court of Appeals.

2. I am a shareholder with the law firm of Figliulo & Silverman, P.C. ("F&S"), with offices located at 10 S. LaSalle, Suite 3600, Chicago, Illinois 60603. In that capacity, I am authorized to submit this declaration in support of the *Trustee's Application for Authority to Employ Counsel* (the "Application").

3. The legal services that F&S proposes to render on behalf of the Trustee are set forth in paragraph 8 of the Application.

4. I have determined that neither I nor any member of my firm represents or holds any interest adverse to the Debtor or to the Debtor's bankruptcy estate with respect to the matter on which we are to be employed, and that I and the other attorneys of my firm are disinterested persons, as that term is defined in Section 101(14) of the Bankruptcy Code.

5. Further, I have determined that neither I nor any other attorney or member of my firm has any connections with the Debtor, his creditors or other parties in interest, his respective

attorneys and accountants or the United States Trustee, or any person employed in the office of the United States Trustee, except that between 1992 and 1998 I served as an attorney with the Office of the United States Trustee for the Northern District of Illinois, and I currently serve as a member of the private panel of Chapter 7 Trustees in this District.

6. Based on the foregoing, to the best of my knowledge and belief, both I and my firm are disinterested relating to the matters set forth in the Application.

7. F&S has agreed to provide legal services to the Trustee according to the rates set forth below:

| | |
|---|---|
| Michael K. Desmond | $375 per hour |
| Justin M. Herzog | $275 per hour |
| Associates | $250 -275 per hour |
| Paralegal | $95 per hour |

8. The hourly rates set forth above are F&S's standard and customary hourly rates for work of this nature. All legal services required by the Trustee will be billed by F&S in increments of 1/10th of an hour. F&S may also request reimbursement for expenses incurred in connection with its representation of the Trustee such as filing fees, expert witness fees, deposition costs, transcripts, travel costs, outside copying costs, and courier charges ("Expenses").

9. F&S understands that any and all compensation for legal services rendered on behalf of the Estate, and requests for reimbursement of expenses, shall be subject to further court approval, after notice and hearing on separate application made in accordance with the Bankruptcy Code and the Local Rules of this Court.

10. F&S has not entered into any agreement to share such compensation as it may be awarded except as permitted under 11 U.S.C. § 504(b).

11. No attorney at F&S is a relative of the bankruptcy judge approving F&S's retention as proscribed by Fed. R. Bankr. P. 5002(a).

I state under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 9, 2021                            Respectfully Submitted,


                                                  By:    /s/ Michael K. Desmond
                                                         Michael K. Desmond

Michael K. Desmond (IL #6208809)
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
Tel: (312) 251-4600
Fax: (312) 251-4610