## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Piotr Palider,<br><br>                Debtor. | Case No. 20-01796<br>Chapter 7<br>Hon. Timothy A. Barnes |

### WAIVER OF DISCHARGE

**Piotr Palider (the "Debtor") now waives his discharge, pursuant to 11 U.S.C. 727(a)(10), and so states:**

I filed a petition for relief under chapter 11 of the United States Bankruptcy Code on January 21, 2020. My case was converted to one under chapter 7 of the United States Bankruptcy Code on June 8, 2020. This waiver is entered into as of the date written below.

I have been informed of the effect of waiving my discharge in bankruptcy, and have reached this decision in consultation with my attorney. This waiver is unconditional and voluntary.

I specifically understand that all of my debts and obligations which existed as of the date that I filed this bankruptcy proceeding, whether or not such debts and obligations were listed on my schedules, shall not be dischargeable in this or in any future bankruptcy proceeding which I may file.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/26/21          Signed: _____
                                              Print name:   Piotr Palider