# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | No. 20-01796 |
| ) | |
| Piotr Palider, ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |
| ) | |
| ) | |

## AGREED ORDER AUTHORIZING FIRST MIDWEST BANCORP TO TURNOVER CERTAIN FUNDS

This matter coming to be heard on the motion of Michael K. Desmond, not individually, but as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Piotr Palider (the "Debtor") for entry of this agreed order authorizing First Midwest Bancorp to Turnover Certain Funds (the "Motion"); seven (7) days' notice of this Motion having been given to First Midwest Bancorp, the United States Trustee, the Debtor, Debtor's counsel, and all parties of interest in the above-captioned case; the Court having been advised in the premises;

IT IS HEREBY ORDERED THAT:

1. First Midwest Bancorp is authorized to turnover $10,000.00 to the Trustee from the Debtor's joint account with Adrian Searcy, account number ending in 8500;

2. First Midwest Bancorp is authorized to release all remaining funds in account number ending in 8500 to the Debtor and/or Adrian Searcy;

3. First Midwest Bancorp is authorized to release or unfreeze all remaining funds in any account, including in account numbers ending in 8201 and 0378, of Piotr Palider held at First Midwest Bank; and

4. Notice of this Motion is deemed sufficient and further notice is waived.

Dated: June 28, 2021

_____
Bankruptcy Judge

**AGREED:**

**MICHAEL DESMOND**, not individually but as Chapter 7 Trustee of the bankruptcy estate of PIOTR PALIDER,
By: *Michael K. Desmond*
  Chapter 7 Trustee

Michael K. Desmond
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, Illinois 60603
(312) 251-4600

**Piotr Palider**

By: /s/ Justin R. Storer
One of his Attorneys

Justin Storer
THE LAW OFFICE OF
WILLIAM J. FACTOR, LTD.
105 W. Madison St., Suite 1500
Chicago, Illinois 60602
(312) 373-7226

By: _____
**Adrian Searcy**, Individually