# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 20-01796  
**Case Name:** PALIDER, PIOTR  
**For Period Ending:** 06/30/2022  

**Trustee Name:** (330623) Michael Desmond  
**Date Filed (f) or Converted (c):** 06/08/2020 (c)  
**§ 341(a) Meeting Date:** 08/12/2020  
**Claims Bar Date:** 05/06/2021  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 9650 S. Nottingham Ave Apt2F, Chicago Ridge, IL 60415-0000, Cook County | 120,000.00 | 48,526.00 | | 0.00 | 120,000.00 |
| 2 | 5235 W. Lake St., Chicago, IL 60644-0000, Cook County | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | VOID-8141 W 84th Place, Justice, 60458 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2013 Honda CR-V | 8,000.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Electronic equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Clothing | 1,100.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 185.00 | 180.00 | | 0.00 | FA |
| 9 | Checking: First Midwest Bank x9550 | 2,464.07 | 2,464.07 | | 13,938.38 | FA |
| 10 | Mutual Fund: First Midwest Bank x8500 | 1,580.91 | 1,580.91 | | 0.00 | 850.00 |
| 11 | Checking: PNC | 22.00 | 22.00 | | 0.00 | FA |
| 12 | Cashier's Check | 17,280.00 | 17,280.00 | | 10,000.00 | FA |
| 13 | Interest in Platinum Property Holding, Inc., which, as of the petition date, owned real estate at 5235 W Lake Street, Chicago, IL 60644; that property's PIN is 16-09-305-002-0000, value of that property $499k per CMA attached to prepetition lienholder's 3/3/20 motion for relief from stay, 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | FG Trading, inc. - owned a convenience store that closed approximately 3 years ago, 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Chihuahua (u)<br>Added on amended schedules [Dkt. 132] | 0.01 | 0.00 | | 0.00 | FA |
| 16 | First Midwest Bank, x8201 (u)<br>Added on amended schedules [Dkt. 132] | 6,310.05 | 6,310.05 | | 0.00 | 6,310.05 |
| **16** | **Assets Totals (Excluding unknown values)** | **$258,442.04** | **$77,863.03** | | **$23,938.38** | **$127,160.05** |

**Form 1**

# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

**Case No.:** 20-01796
**Case Name:** PALIDER, PIOTR

**For Period Ending:** 06/30/2022

**Trustee Name:** (330623) Michael Desmond
**Date Filed (f) or Converted (c):** 06/08/2020 (c)
**§ 341(a) Meeting Date:** 08/12/2020
**Claims Bar Date:** 05/06/2021

**Major Activities Affecting Case Closing:**

    June 30, 2022  Secured Claim withdrawn on May 20, 2022.  Trustee preparing TFR.

    June 30, 2021:  Debtor held in civil contempt per order [Dkt. 114].  Debtor's discharge was waived per order [Dkt. 154].  Trustee  reached agreed order for Turnover of funds.

    Trustee continues to investigate the Debtor's financial affairs to identify assets to recover.
    Converted to Chapter 7 on 6/8/2020. 341 Initial 341 meeting set for 8/12/2020.

**Initial Projected Date Of Final Report (TFR):** 03/31/2023    **Current Projected Date Of Final Report (TFR):** 08/31/2022

| 07/28/2022 | /s/Michael Desmond |
|---|---|
| Date | Michael Desmond |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 20-01796 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | PALIDER, PIOTR | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***2048 | Account #: | ******0133 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/21 | {9} | First Midwest Bank | Turnover of funds from Checking Account | 1129-000 | 13,938.38 |  | 13,938.38 |
| 01/29/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 7.44 | 13,930.94 |
| 02/26/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 20.83 | 13,910.11 |
| 03/25/21 | 101 | International Sureties, Ltd. | Bond Premium 2/1/21 thru 2/1/22 | 2300-000 |  | 5.77 | 13,904.34 |
| 03/31/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 24.52 | 13,879.82 |
| 04/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 22.24 | 13,857.58 |
| 05/28/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 20.72 | 13,836.86 |
| 06/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 24.39 | 13,812.47 |
| 07/20/21 | {12} | First Midwest Bank | Per Agreed Turnover Order DKT. No.158 | 1129-000 | 10,000.00 |  | 23,812.47 |
| 07/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 26.94 | 23,785.53 |
| 08/31/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 40.66 | 23,744.87 |
| 09/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 38.05 | 23,706.82 |
| 10/29/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 36.72 | 23,670.10 |
| 11/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 40.46 | 23,629.64 |
| 12/31/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 39.13 | 23,590.51 |
| 01/31/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 36.54 | 23,553.97 |
| 02/28/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 35.23 | 23,518.74 |
| 03/30/22 | 102 | International Sureties, Ltd. | Blanket Bond Premium 2022 | 2300-000 |  | 9.89 | 23,508.85 |
| 03/31/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 41.46 | 23,467.39 |
| 04/29/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 36.36 | 23,431.03 |
| 05/31/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 36.29 | 23,394.74 |
| 06/30/22 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 41.24 | 23,353.50 |

| Account | | | | | |
|---|---|---|---|---|---|
|  | Balance Forward | 0.00 |  |  |  |
| 2 | Deposits | 23,938.38 | 2 | Checks | 15.66 |
| 0 | Interest Postings | 0.00 | 18 | Adjustments Out | 569.22 |
|  | Subtotal | 23,938.38 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 |  | Total | 584.88 |
| 0 | Transfers In | 0.00 |  |  |  |
|  | Total | 23,938.38 |  |  |  |

Page Subtotals: $23,938.38    $584.88

{ } Asset Reference(s)                                                     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 20-01796 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | PALIDER, PIOTR | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***2048 | **Account #:** | ******0133 Checking |
| **For Period Ending:** | 06/30/2022 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $23,938.38 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $23,938.38 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0133 Checking | $23,938.38 | $584.88 | $23,353.50 |
| | **$23,938.38** | **$584.88** | **$23,353.50** |